Decided June 16, 1999

STATE OF CONNECTICUT *v.* LEONEL DIAZ

The defendant's petition for certification for appeal from the Appellate Court (AC 18791) is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins*, assistant public defender, in support of the petition.

Decided June 16, 1999